# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MCNEAL,<br><br>      Plaintiff,<br><br>  v.<br><br>D. GONZALEZ,<br><br>      Defendant. | 1:14-cv-00030-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S RESPONSE TO SCREENING ORDER (ECF No. 13)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>THIRTY-DAY DEADLINE |

      Plaintiff Vernon McNeal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2014, the Court dismissed Plaintiff's complaint with leave to amend within thirty days. (ECF No. 10.) On October 29, 2014, the Court granted Plaintiff's request for a thirty-day extension of time to file an amended complaint. (ECF No. 12.) Plaintiff's first amended complaint was due on December 1, 2014.

      On December 1, 2014, in lieu of an amended complaint, Plaintiff filed a response to the Court's screening order. (ECF No. 13.) Plaintiff's response shall be disregarded. As stated in the order of October 15, 2014, Plaintiff's complaint has been dismissed with leave to amend. Based on the dismissal, there is no operative complaint on file in this matter. Therefore, if Plaintiff wishes to pursue this action, he must file an amended complaint in compliance with the Court's order.

///

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's response to the screening order, filed on December 1, 2014, is DISREGARDED;
2. Within thirty (30) days form the date of service of this order, Plaintiff shall file a first amended complaint; and
3. **If Plaintiff fails to file a first amended complaint in compliance with this Court's orders, this action will be dismissed for failure to obey court orders.**

IT IS SO ORDERED.

Dated:   **December 2, 2014**             /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE